13 S.2d 203

**Boyzelle WASHINGTON v. STATE.**

4 Div. 284.

Supreme Court of Alabama.

March 11, 1943.

Rehearing Denied May 13, 1943.

Murphy & Cook, of Andalusia, for the petition.

Wm. N. McQueen, Acting Atty. Gen., opposed.

BOULDIN, Justice.

Petition of Boyzelle Washington for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Washington **v.** State, 13 So.2d 200.

Writ denied.

GARDNER, C. J., and FOSTER and LAWSON, JJ., concur.